COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:       01-15-00889-CV

Style:              Ronke Olley and Jeff Olley v. Driftwood Hospitality Mgt II, LLC.

Date motion filed:    November 16, 2015

Type of Motion:      Objection to Mediation

Party filing motion:   Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated November 6, 2015.

Judge's Signature:  <u>/s/ Laura Carter Higley</u>
                       x Acting Individually

Date:  <u>November 17, 2015</u>

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).